# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**Devin Wyaco** | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 1:11CR00529-001 Judge Initials<br>USM Number: **60794-051**<br>Defense Attorney: **James Loonam** |

THE DEFENDANT:

☒ admitted guilt to violations of condition(s) **Mandatory, Special** of the term of supervision.

☐ was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Mandatory | The defendant failed to refrain from the use unlawful use of a controlled substance. | 10/09/2014 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **2592**<br>Last Four Digits of Defendant's Soc. Sec. No. | **December 10, 2014**<br>Date of Imposition of Judgment |
| **1991**<br>Defendant's Year of Birth | **/s/ J. Frederick Motz**<br>Signature of Judge |
| | **For:** |
| **Albuquerque, NM**<br>City and State of Defendant's Residence | **Honorable M. Christina Armijo**<br>**Chief United States District Judge**<br>Name and Title of Judge |
| | **December 16 2014**<br>Date Signed |

AO 245B (Rev 12/10) Sheet 1 – Judgment in a Criminal Case for Revocations Sheet 1A                                      Judgment - Page 2 of 3

Defendant: **Devin Wyaco**
Case Number: **1:11CR00529-001Judge Initials**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | The defendant failed to participate in and successfully complete an outpatient substance abuse treatment program approved by the probation officer. The defendant is prohibited from obstructing or attempting to obstruct or tamper in any fashion, with the collection, efficiency and accuracy of any substance abuse testing device or procedure. | 10/06/2014 |
| Mandatory | Amended Condition - The defendant failed to refrain from the unlawful use of a controlled substance. | 10/15/2014 |
| Special | Amended Condition - The defendant failed to participate in and successfully complete an outpatient substance abuse treatment program approved by the probation officer. | 10/16/2014 |

AO 245B (Rev 12/10) Judgment in a Criminal Case for Revocations  
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

Defendant: **Devin Wyaco**  
Case Number: **1:11CR00529-001**Judge Initials

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5months**.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at　on
　☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

_____ at _____ with a Certified copy of this Judgment.

_____  
UNITED STATES MARSHALL

By _____  
DEPUTY UNITED STATES MARSHALL